UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JACQUELINE MAHONEY,

Defendant

Cr. No. 1:26-CR-10152-BEM

**JOINT INTERIM STATUS REPORT**

The parties in the above-captioned action submit this interim status report pursuant to Local Rule 116.5(a) of the Local Rules for the United States District Court for the District of Massachusetts.

1.  The parties request that the Court cancel the status conference scheduled for June 8, 2026, because the parties have complied with Local Rule 116.5(a) and there are no issues that will be ripe for the Court's attention at that time.

2.  The government represents that automatic discovery required under Local Rule 116.1(c) will be produced by Tuesday, June 9, 2026. At that time, the defense will begin reviewing discovery and forming opinions about this case and about its trailing matter, the supervised release violation petition filed in *United States v. Mahoney* (1:22-cr-10146-FDS).

3.  The defendant consented to a voluntary order of detention on May 29, 2026.

4.  The parties request a new interim status conference at a time convenient for the Court, perhaps in the second week of July.

5.  The defense states that it is premature for it to decide whether any Rule 12(b) motions are appropriate.

2

6.      The parties agree that the government will provide its expert disclosures 21 days prior to trial. The defendant will provide expert disclosures 14 days prior to trial.

7.      All time has been excluded under the Speedy Trial Act from the date of the defendant's arraignment through June 8, 2026.  Docket No. 17.

8.      The parties request that the Court exclude the time under the Speedy Trial Act between June 8, 2026, and the date of the next status conference, because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:*/s/ Amanda Beck*
Amanda Beck
Assistant United States Attorney
(617) 748-3683

*/s/ Stephen Huggard*
Stephen Huggard
Counsel for Jacqueline Mahoney

3

**CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Amanda Beck*
Amanda Beck
Assistant United States Attorney

Date: June 5, 2026