UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JAQUELYN MAHONEY,

Defendant

Cr. No. 1:26-cr-10152-BEM

**JOINT STATUS REPORT**

The parties in the above-captioned action submit this status report pursuant to Local Rule 116.5(a) of the Local Rules for the United States District Court for the District of Massachusetts.

1. The parties request that the Court cancel the status conference scheduled for July 30, 2026, because the parties have complied with Local Rule 116.5(a) and because there are no issues that will be ripe for the Court's attention at that time.

2. The government represents that automatic discovery required under Local Rule 116.1(c) is complete. The government produced about 366 Bates stamped items on June 12, 2026. It has since produced another 30 Bates stamped items. The government is aware of its continuing duty to supplement discovery if it receives additional materials.

3. The defense is continuing to review discovery and represents that it needs additional time to do so and to discuss it.

4. The parties request an interim status conference in about four weeks, or at another time that is convenient for the Court.

5. The defense states that it is premature for it to decide whether any Rule 12(b) motions are appropriate.

6. The parties agree that the government will provide its expert disclosures 21 days prior to trial. The defendant will provide expert disclosures 14 days prior to trial.

7. All time has been excluded under the Speedy Trial Act from the date of the defendant's arraignment through July 30, 2026. Docket No. 26.

8. The parties request that the Court exclude the time under the Speedy Trial Act between July 30, 2026, and the date of the next status conference, because the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Amanda Beck*
Amanda Beck
Assistant United States Attorney
(617) 748-3683

*/s/ Stephen Huggard*
Stephen Huggard
Counsel for Jacquelyn Mahoney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Amanda Beck*
Amanda Beck
Assistant United States Attorney

Date: July 27, 2026